**UNITED STATES PRETRIAL SERVICES AGENCY**
Eastern District of New York

# MEMORANDUM

DATE:   December 28, 2005

TO:     Honorable John Gleeson,
        United States District Judge          05CR 775(JG)

RE:     Young, Jordan
        Docket: 05-MJ-1156
        Violation of Conditions of Release

On October 28, 2005, the defendant appeared before Magistrate Judge Steven M. Gold. On that date a $50,000 unsecured bond was set for Mr. Young with the following conditions:

1. Reporting once a week in person
2. Surrender passport and do not reapply
3. Must live with his mother at 537 49th Street, Apt. 1-R, Brooklyn, NY 11223
4. Must actively seek employment
5. Random home and/or employment contacts
6. Travel restricted to New York City

On November 2, 2005, Pretrial Services explained all of the above stated release conditions to the defendant during his post release intake interview. At that time the defendant acknowledged his release conditions and his obligation to follow the instructions as set forth in his bond.

The defendant began reporting to Pretrial Services on a regular basis and consistently presented that he was in total compliance of his bond conditions. However, on December 27, 2005, Pretrial Services was alerted by Special Agent Ismael Hernandez of ATF, that the defendant was rearrested on December 22, 2005, for narcotics charges in Pennsylvania. Pretrial Services then contacted Officer Naugle of the North Hampton County Prison in Pennsylvania, who informed that the defendant was arrested in Pennsylvania on December 22, 2005, and is currently being held at the North Hampton County Prison, where his bond has been set at $500,000. He is charged with committing the following crimes, in violation of the Pennsylvania State Criminal Code:

1. Possession of a Controlled Dangerous Substance with Intent to Distribute
2. Possession of a Controlled Dangerous Substance
3. Possession of Drug Paraphernalia

Officer Naugle did not know what drugs the defendant was alleged to have possessed and stated that the Assistant District Attorney would be able to obtain that information. Unfortunately, at the time of this memo an Assistant District Attorney has not yet been chosen and obtaining additional information pertaining to Mr. Young's arrest has proven difficult. We

have been told that an Assistant District Attorney is usually appointed within three weeks of a new arrest; we will continue to attempt contact with the Pennsylvania District Attorney's Office and will provide Your Honor with further information as it is made available to our agency.

At this time Pretrial Services believes that Mr. Young is an increased danger to the community and presents a greater risk of flight. He is alleged to have committed three felonies while released on bond. Furthermore, at the time of his new arrest in Pennsylvania the defendant's travel was restricted to the City of New York. This flagrant disregard of his court ordered conditions creates significant doubts that this defendant's future court appearance can be assured. For these reasons Pretrial Services is requesting that the defendant's bond be revoked and that a bench warrant be issued for his arrest.

Prepared by: _____  Approved by: _____
Dustin M. Antonio                                         Andrew Prozeller
U.S. Pretrial Services Officer                            Supervising Pretrial Services Officer

RE: Young, Jordan
Docket No.: 05-MJ-1156

IT IS THE ORDER OF THE COURT THAT:

- [x] ~~Request to revoke bail release condition is granted~~. Pretrial Services is directed to prepare and process warrant application for Court's signature

- [ ] Request to revoke bail release is granted. US Attorney's Office is directed to prepare and process warrant application for Court's signature

- [ ] No action with regard to the defendant's condition of release is to take place at this time.

- [ ] Other: _____

SO ORDERED,

Signed
J. Gleeson
N
\28\05

12-28-05
Date