UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-vs-

Jordon Young

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 22 2006 ★

BROOKLYN OFFICE

JUDGMENT OF ACQUITTAL

CASE NO.: CR- 05-775 (JG)

    The defendant was found not guilty. IT IS ORDERED that the defendant is acquitted, discharged, and any bond exonerated.

s/John Gleeson
Signature of Judicial Officer

JOHN GLEESON, U.S.D.J.
Name/Title of Judicial Officer

DATE: March 22, 2006

A TRUE COPY ATTEST
March 22, 2006
ROBERT C. HEINEMANN
CLERK
BY
DEPUTY CLERK